IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SHARI TRAMMELL BODDIE, as the Personal Representative of the Estate of Charles Louis Trammell, Sr., <br><br> Plaintiff, <br><br> v. <br><br> SHAMBRIA BULLARD, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) CIVIL CASE NO. 3:22-cv-58-ECM |

**O R D E R**

Now pending before the Court is a joint pro tanto stipulation for dismissal filed pursuant to FED. R. CIV. P. 41(a)(1) on February 23, 2024. (Doc. 94).  In the stipulation, Plaintiff Shari Trammell Boddie, as Administrator of the Estate of Charles Louis Trammell, Sr., agrees that all claims against Defendants Correctional Officer Shambria Bullard, Correctional Officer Robert Hull, Correctional Officer Willie Lee, Jr., Correctional Officer Thomas Ivey, Corporal Chasity Hammond, and Corporal Justin Burns shall be dismissed with prejudice, and each party bearing their own costs and fees. The Court construes the parties' joint stipulation (doc. 94) as a motion pursuant to FED. R. CIV. P. 41(a)(2) and finds the parties' terms to be proper.  Therefore, upon consideration of the motion, and for good cause, it is

ORDERED that this action is DISMISSED with prejudice pursuant to FED. R. CIV. P. 41(a)(2) as to Defendants Correctional Officer Shambria Bullard, Correctional Officer Robert Hull, Correctional Officer Willie Lee, Jr., Correctional

Officer Thomas Ivey, Corporal Chasity Hammond, and Corporal Justin Burns, with each party to bear their own costs.  The case remains open as to Defendants Southern Health Partners, Inc., Nurse Joanne Work, and Nurse Practitioner Melissa Cofield.

DONE this 26th day of February, 2024.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE