IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SHARI TRAMMELL BODDIE, as the Personal Representative of the Estate of Charles Louis Trammell, Sr., <br><br> Plaintiff, <br><br> v. <br><br> SOUTHERN HEALTH PARTNERS, INC., *et al.*, <br><br> Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) CIVIL CASE NO. 3:22-cv-58-ECM<br>)<br>)<br>)<br>)<br>) |

**O R D E R**

Now pending before the Court is the Plaintiff's unopposed motion for consent order of dismissal. (Doc. 98). In her motion, the Plaintiff moves for dismissal "with prejudice [of] Plaintiff's 42 U.S.C. § 1983 deliberate indifference claims against Nurse Joanne Work and Nurse Practitioner Melissa Cofield with each party bearing their own costs and fees," and for the dismissal "without prejudice [of] the state law claims under 28 U.S.C. § 1367" against all the Defendants. (*See* doc. 98 at 3). This amounts to a request for dismissal of all claims in this case.

The Court finds these terms proper. Therefore, upon consideration of the motion, and for good cause, it is ORDERED as follows:

1. The Plaintiff's federal claims against Defendants Joanne Work and Melissa Cofield are DISMISSED with prejudice.

    2.    The Plaintiff's state law claims against Defendants Joanne Work, Melissa Cofield, and Southern Health Partners, Inc. are DISMISSED without prejudice.

Costs are taxed as paid.

The Clerk of the Court is DIRECTED to close this case.

DONE this 26th day of April, 2024.

                                            /s/ Emily C. Marks
                                    EMILY C. MARKS
                                    CHIEF UNITED STATES DISTRICT JUDGE